# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
ROLMAN BALCARCEL-BAVAGAS ) Case No. 3:22mj70
)
)
)
)
*Defendant(s)*

**FILED AUG - 1 2022 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 1, 2022 in the city/county of Richmond in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | On or about July 1, 2022, in the E.D. of VA, ROLMAN BALCARCEL-BAVAGAS, a noncitizen who had been ordered removed and was removed from the United States on or about 10/22/2013 and 8/8/2014, was found in the U.S., without having obtained the express consent of the Attorney General or the Secretary of Homeland Security, to re-apply for admission into the United States, in violation of 8 U.S.C. § 1326(a). |

This criminal complaint is based on these facts:

See attached affidavit, fully incorporated by reference herein

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

Kashan K. Pathan, Assistant U.S. Attorney
*Printed name and title*

*Complainant's signature*

Derek M. Mullins, Special Agent HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 8/1/2022

/s/ MRC
*Judge's signature*

City and state: Richmond, Virginia

Hon. Mark R. Colombell, U.S. Magistrate Judge
*Printed name and title*